**Patrick O. CHRISTIAN, Plaintiff–Appellant,**

v.

**James TOWNSEND, Property Manager, Monroe Hall; Rodney Moore, Chief of Police, Charlotte Mecklenburg Police Department; Daniel E. Bailey, Jr.,** Sheriff, Mecklenburg County Sheriff Department; Tom Callahan, U.S. Postmaster, Charlotte Mecklenburg U.S. Post Office; Carson Dean, CEO, Charlotte Mecklenburg Mens Homeless Shelter; FNU Burke, General Surgeon, W.G. Hefner VA Medical Center; Lynn R. Holmes, Chief Executive Officer, NC Employment Security Commission, Defendants–Appellees.

No. 12–1100.

United States Court of Appeals, Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Patrick O. Christian, Appellant Pro Se.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's order dismissing his civil rights complaint under 28 U.S.C. § 1915(e) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Christian v. Townsend,* No. 3:12–cv–00021–MOC–DCK, 2012 WL 169943 (W.D.N.C.

Jan. 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*